# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| KENNETH E. MASON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:13cv738 |
| | § | |
| BANK OF AMERICA, et al. | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 12, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Bank of America, N.A.'s Motion to Dismiss (Dkt. 32) and Quicken Loans' Motion to Dismiss Plaintiff's First Amended Wrongful Foreclosure Complaint (Dkt. 34) be GRANTED, that Plaintiff's claims be dismissed with prejudice, and that this matter be closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Defendant Bank of America, N.A.'s Motion to Dismiss (Dkt. 32) and Quicken Loans' Motion to Dismiss Plaintiff's First Amended Wrongful Foreclosure

Complaint (Dkt. 34) are GRANTED, Plaintiff's claims are dismissed with prejudice, and this matter shall be closed on the court's docket.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE